# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: April 21, 2022     Judge: Hon. James Donato

Time: 8 Minutes

Case No.    **3:21-cv-02343-JD**
Case Name    **Kochar v. Walmart, Inc.**

Attorney(s) for Plaintiff(s):    Carolin Shining/Jennifer Leinbac
Attorney(s) for Defendant(s):    Chris Keegan

FTR: 10:23:17- 10:31:08

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The Court resolves from the bench defendant's motion to dismiss, Dkt. No. 43. A short written order will follow.

The parties are directed to jointly file a proposed scheduling order.