Christopher W. Keegan (SBN 232045)
Shayne H. Henry (SBN 300188)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel:  415-439-1400
Fax: 415-439-1500
Email: chris.keegan@kirkland.com
Email: shayne.henry@kirkland.com

Donna M. Welch (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel:  312-862-2000
Fax: 312-862-2200
Email: dwelch@kirkland.com

Attorneys for Defendant Walmart Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHIPRA KOCHAR AND ASHA DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a Delaware corporation; and DOES 1 to 10, inclusive<br><br>Defendants. | CASE NO. 3:21-CV-02343-JD<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE CONSOLIDATED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>Complaint Filed: January 12, 2022<br>Deadline to Respond: May 9, 2022<br>New Deadline to Respond: May 19, 2022 |

1  Pursuant to Civil Local Rules 5 and 6-1(a), Plaintiffs Shipra Kochar and Asha Davis ("Plaintiffs")
2  and Defendant Walmart Inc. ("Defendant") by and through their respective counsel of record, hereby
3  recite and stipulate as follows:

4  WHEREAS, on January 12, 2022, Plaintiffs filed their Consolidated Complaint (Dkt. 42);

5  WHEREAS, on February 28, 2022, Defendant moved to dismiss the Consolidated Complaint
6  under Federal Rule of Civil Procedure 12 (Dkt. 43);

7  WHEREAS, on April 25, 2022, the Court denied Defendant's motion to dismiss (Dkt. 51);

8  WHEREAS, as a result of the Court's Order denying the motion, Defendant's Answer became due
9  May 9, 2022;

10  WHEREAS, Defendant needs additional time to prepare its Answer to Plaintiffs' Consolidated
11  Complaint in light of the Court's recent Order;

12  WHEREAS, the parties met and conferred and agreed on May 9, 2022, that Defendant may have
13  until May 19, 2022, to file an Answer the Consolidated Complaint;

14  WHEREAS, this extension of time will not alter the date of any event or any deadline already
15  fixed by the Court;

16  WHEREAS, the parties now stipulate that Defendant will have until May 19, 2022, to file an
17  Answer to the Consolidated Complaint;

18  IT IS HEREBY STIPULATED by and between Defendant and Plaintiffs that Defendant's deadline
19  to file an Answer to the Consolidated Complaint is extended until May 19, 2022.

20  **IT IS SO STIPULATED AND AGREED.**

21

22                                              Respectfully submitted,
23  DATED:  May 10, 2022                        KIRKLAND & ELLIS LLP
24
25
26                                    By:   */s/ Shayne Henry*
                                            Shayne Henry
27
                                            Attorneys for Defendant
28                                          Walmart Inc.

JOINT STIPULATION TO EXTEND DEFENDANT'S                              CASE NO. 3:21-cv-02343-JD
TIME TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | DATED:  May 10, 2022 | WILSHIRE LAW FIRM, PLC |

By: */s/ Carolin Shining*
 Carolin Shining

 Attorneys for Plaintiffs
 Shipra Kochar and Asha Davis

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)

I, Shayne Henry, am the ECF user whose user ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:  */s/ Shayne Henry*
 Shayne Henry