UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPRA KOCHAR, et al.,<br>Plaintiffs,<br>v.<br>WALMART, INC.,<br>Defendant. | Case No. 21-cv-02343-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | Closed |
| Fact discovery cut-off | October 14, 2022 |
| Expert disclosures | October 21, 2022 |
| Rebuttal expert disclosures | November 18, 2022 |
| Expert discovery cut-off | December 16, 2022 |
| Last day to file motion for class certification | January 6, 2023 |
| Last day to file opposition to class certification | February 3, 2023 |
| Last day to file reply in support of class certification | March 3, 2023 |
| Last day to file dispositive and *Daubert* motions | July 14, 2023 |

| Event | Deadline |
|---|---|
| Pretrial conference | October 12, 2023 @ 1:30pm |
| Jury Trial | October 23, 2023 @ 9:00am |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated: June 28, 2022

_____
JAMES DONATO
United States District Judge