1   Thiago M. Coelho, SBN 324715           Melissa S. Weiner, *pro hac vice*
    Carolin K Shining, SBN 201140          **PEARSON, SIMON & WARSHAW, LLP**
2   Jonas P. Mann, SBN 263314              800 LaSalle Avenue, Suite 2150
    **WILSHIRE LAW FIRM, PLC**             Minneapolis, Minnesota 55402
3   3055 Wilshire Blvd., 12th Floor        Telephone: (612) 389-0600
4   Los Angeles, California 90010          *mweiner@pswlaw.com*
    Telephone: (213) 381-9988
5   Facsimile: (213) 381-9989
    *thiago@wilshirelawfirm.com*
6   *cshining@wilshirelawfirm.com*
7   *jmann@wilshirelawfirm.com*

8   *Attorneys for Plaintiffs & Proposed Class*

9   [*Additional Counsel on following page*]

10  Livia M. Kiser SBN 285411
    Peter Hsiao SBN 119881
11  Ethan Davis SBN 294683
    **KING & SPALDING LLP**
12  50 California Street, Suite 3300
13  San Francisco, CA 94111
    Telephone: (415) 318 1200
14  Facsimile: (415) 318 1300
    *lkiser@kslaw.com*
15  *phsiao@kslaw.com*
    *edavis@kslaw.com*
16
17  *Attorneys for Defendant Walmart Inc.*

18              **UNITED STATES DISTRICT COURT**
        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
19                 **SAN FRANCISCO DIVISION**

20  SHIPRA KOCHAR and ASHA DAVIS,          Case No.: 3:21-cv-02343-JD (*Lead Case*)
    individually and on behalf of all others             3:21-cv-03674 (*Consolidated*)
21  similarly situated,                    *Hon. Judge James Donato*

22                  Plaintiffs,            CLASS ACTION

23          v.                             [PROPOSED] ORDER EXTENDING
24                                         TEMPORARY STAY OF CASE
    WALMART INC., a Delaware corporation;  DEADLINES
25  and DOES 1 to 10, inclusive,

26                  Defendants.

27

28

1

Rebecca K. Timmons, *pro hac vice*
**LEVIN, PAPANTONIO, RAFFERTY,**
2
**PROCTOR, BUCHANAN, O'BRIEN,**
**BARR & MOUGEY, P.A.**
3
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
4
Telephone: (850) 435 7118
Facsimile: (850) 436 611
5
*btimmons@levinlaw.com*
6

7
Daniel L. Warshaw, SBN 185365
Michael H. Pearson, SBN 277857
8
**PEARSON, SIMON & WARSHAW,**
**LLP**
9
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
10
Telephone: (818) 788-8300
*dwarshaw@pswlaw.com*
11
*mpearson@pswlaw.com*
12

*Attorneys for Plaintiffs & Proposed Class*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court has reviewed the **Joint Request for Additional Stay**. For good cause appearing, the Court GRANTS the requested relief.

**IT IS HERBY ORDERED** that,

1.  The deadlines are temporarily stayed up to and including an additional 30 days from the previous stay, to December 12, 2022;

2.  The Parties to provide a further status report to the Court by no later than December 2, 2022; and

3.  If appropriate, the parties will propose new deadlines for the dates set forth in the Scheduling Order for the Court's consideration, subject to the approval of the Court.

Date:  October 26, 2022

Hon. James Donato
UNITED STATES DISTRICT JUDGE

1

Case No.: 3:21-cv-02343-JD

[PROPOSED] ORDER