| | |
|---|---|
| Thiago M. Coelho, SBN 324715 | Melissa S. Weiner, *pro hac vice* |
| Carolin K Shining, SBN 201140 | **PEARSON, SIMON & WARSHAW, LLP** |
| Jonas P. Mann, SBN 263314 | 328 Barry Avenue S., Suite 200 |
| **WILSHIRE LAW FIRM, PLC** | Wayzata, Minnesota 55391 |
| 3055 Wilshire Blvd., 12th Floor | Telephone: (612) 389-0600 |
| Los Angeles, California 90010 | mweiner@pswlaw.com |
| Telephone: (213) 381-9988 | |
| Facsimile: (213) 381-9989 | |
| *thiago@wilshirelawfirm.com* | |
| *cshining@wilshirelawfirm.com* | |
| *jmann@wilshirelawfirm.com* | |

*Attorneys for Plaintiffs & Proposed Class*

Livia M. Kiser SBN 285411
Peter Hsiao SBN 119881
Ethan Davis SBN 294683
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318 1200
Facsimile: (415) 318 1300
*lkiser@kslaw.com*
*phsiao@kslaw.com*
*edavis@kslaw.com*

*Attorneys for Defendant Walmart Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHIPRA KOCHAR and ASHA DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-02343-JD (*Lead Case*)<br>3:21-cv-03674 (*Consolidated*)<br>*Hon. Judge James Donato*<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER EXTENDING TEMPORARY STAY OF CASE DEADLINES |

The Court has reviewed the **Joint Request for Additional Stay**. For good cause appearing, the Court GRANTS the requested relief.

**IT IS HERBY ORDERED** that,

1. The deadlines are temporarily stayed up to and including March 2, 2023;
2. The Parties to provide a further status report to the Court by no later than February 7, 2023; and
3. If appropriate, the parties will propose new deadlines for the dates set forth in the Scheduling Order for the Court's consideration, subject to the approval of the Court.

Date: December 7, 2022

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE