United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIPRA KOCHAR, et al.,

    Plaintiffs,

v.

WALMART, INC.,

    Defendant.

Case No. 21-cv-02343-JD

**TRANSFER ORDER**

Pursuant to the minute order, Dkt. No. 77, the case is transferred to the Eastern District of Arkansas.

**IT IS SO ORDERED.**

Dated: March 24, 2023

JAMES DONATO
United States District Judge